May 22, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ANTHONY JOHNSON, Appellant

NO. 14-11-00410-CV                    V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Texas Department of Criminal Justice, signed March 24, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order this decision certified below for observance.